B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Alexander Property Investments, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanced Facility Service**<br>**30300 Northwester Highway**<br>**Ste 271**<br>**Farmington Hills, MI 48334** | **Advanced Facility Service**<br>**30300 Northwester Highway**<br>**Ste 271**<br>**Farmington Hills, MI 48334** | **33045 Hamilton Court, Farmington Hills, MI 48334** | | **5,465.18**<br>**(5,500,000.00 secured)**<br>**(9,475,431.09 senior lien)** |
| **Allied Waste Systems #241**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | **Allied Waste Systems #241**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | **Account Stated** | | **480.76** |
| **AMM Commercial Property Maintenance**<br>**197 Arcola**<br>**Garden City, MI 48135** | **AMM Commercial Property Maintenance**<br>**197 Arcola**<br>**Garden City, MI 48135** | **Account Stated** | | **1,470.00** |
| **Bryce's Landscaping**<br>**32335 Linderman**<br>**Warren, MI 48093** | **Bryce's Landscaping**<br>**32335 Linderman**<br>**Warren, MI 48093** | **Account Stated** | | **941.00** |
| **City Elevator**<br>**P.O. Box 5390**<br>**Northville, MI 48167** | **City Elevator**<br>**P.O. Box 5390**<br>**Northville, MI 48167** | | | **24,195.00** |
| **Concepts in Cutting**<br>**5303 Abington**<br>**Troy, MI 48085** | **Concepts in Cutting**<br>**5303 Abington**<br>**Troy, MI 48085** | **Security Deposit refund** | | **1,429.00** |
| **Consumer Energy**<br>**P.O. BOX 30079**<br>**Lansing, MI 48937** | **Consumer Energy**<br>**P.O. BOX 30079**<br>**Lansing, MI 48937** | **Account Stated** | | **72,375.24** |
| **DTE Energy**<br>**One Energy Plaza**<br>**2160 W.C.B.**<br>**Detroit, MI 48226** | **DTE Energy**<br>**One Energy Plaza**<br>**2160 W.C.B.**<br>**Detroit, MI 48226** | **Account Stated** | | **145,000.00** |
| **First Place Bank**<br>**612 West Lake Lansing Road**<br>**East Lansing, MI 48823** | **First Place Bank**<br>**612 West Lake Lansing Road**<br>**East Lansing, MI 48823** | **33045 Hamilton Court, Farmington Hills, MI 48334** | | **721,998.48**<br>**(5,500,000.00 secured)**<br>**(5,600,000.00 senior lien)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Alexander Property Investments, LLC**            Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Place Bank<br>612 West Lake Lansing Road<br>East Lansing, MI 48823 | First Place Bank<br>612 West Lake Lansing Road<br>East Lansing, MI 48823 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 450,000.00<br>(5,500,000.00 secured)<br>(5,150,000.00 senior lien) |
| I/Q Life Safety Systems<br>7050 Big Sky Drive, Suite 6<br>Holly, MI 48442 | I/Q Life Safety Systems<br>7050 Big Sky Drive, Suite 6<br>Holly, MI 48442 | Account Stated | | 255.00 |
| Ishoo's Lawn Care $ Snow<br>c/o Ahern Fleury<br>430 N. Old Woodward, 2nd Floor<br>Birmingham, MI 48009 | Ishoo's Lawn Care $ Snow<br>c/o Ahern Fleury<br>430 N. Old Woodward, 2nd Floor<br>Birmingham, MI 48009 | Judgment | | 8,689.00 |
| M&B Construction<br>2146 Livernois<br>Troy, MI 48083 | M&B Construction<br>2146 Livernois<br>Troy, MI 48083 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 108,850.39<br>(5,500,000.00 secured)<br>(9,366,580.70 senior lien) |
| Oakland County Treasurer<br>1200 North Telegraph<br>Building 12 East<br>Pontiac, MI 48341 | Oakland County Treasurer<br>1200 North Telegraph<br>Building 12 East<br>Pontiac, MI 48341 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 330,000.00<br>(5,500,000.00 secured)<br>(9,036,580.70 senior lien) |
| Selective Insurance Company<br>P.O. Box 371446<br>Pittsburgh, PA 15250-7468 | Selective Insurance Company<br>P.O. Box 371446<br>Pittsburgh, PA 15250-7468 | Account Stated | | 2,148.00 |
| Simplex Grinnell<br>One Town Center Rd<br>Boca Raton, FL 33486 | Simplex Grinnell<br>One Town Center Rd<br>Boca Raton, FL 33486 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 16,937.20<br>(5,500,000.00 secured)<br>(9,499,342.08 senior lien) |
| Space Cleaning Services, Inc<br>c/o Jason Katz<br>30300 Northwestern Hwy, #320<br>Farmington Hills, MI 48334 | Space Cleaning Services, Inc<br>c/o Jason Katz<br>30300 Northwestern Hwy, #320<br>Farmington Hills, MI 48334 | Judgment | | 8,500.00 |
| Statewide Disaster Restoration<br>22310 Telegraph Rd<br>Southfield, MI 48033 | Statewide Disaster Restoration<br>22310 Telegraph Rd<br>Southfield, MI 48033 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 18,445.81<br>(5,500,000.00 secured)<br>(9,480,896.27 senior lien) |
| Wall Street Ventures<br>55 E. Long Lake Rd<br>Ste 204<br>Troy, MI 48085 | Wall Street Ventures<br>55 E. Long Lake Rd<br>Ste 204<br>Troy, MI 48085 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 2,685,598.00<br>(5,500,000.00 secured)<br>(6,321,998.48 senior lien) |

In re **Alexander Property Investments, LLC**  
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Water Resources Commission Oakland<br>1 Public Works Drive<br>Waterford, MI 48325-1907 | Water Resources Commission Oakland<br>1 Public Works Drive<br>Waterford, MI 48325-1907 | 33045 Hamilton Court, Farmington Hills, MI 48334 | | 28,984.22<br>(5,500,000.00 secured)<br>(9,007,596.48 senior lien) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 2, 2011**  

Signature **/s/ Hana Karcho-Polselli**  
**Hana Karcho-Polselli**  
**Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.